JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA HOWARD, et al. | ) Case No.: EDCV 16-1086 DSF (KSx) |
| Plaintiffs, | ) |
| v. | ) |
| BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP, et al. | ) JUDGMENT |
| Defendants. | ) |

_____

The Court having ordered that the case be dismissed by consent of the plaintiffs as evidenced by lack of opposition to a motion to dismiss and lack of opposition to a joinder to that motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 9/8/16

Dale S. Fischer
United States District Judge